1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10  COREY AUSTIN WOOD,                          ) Case No.: 8:19-cv-02286-RAO
                                                )
11          Plaintiff,                          ) {~~PROPOSED~~} ORDER AWARDING
                                                ) EQUAL ACCESS TO JUSTICE ACT
12      vs.                                     ) ATTORNEY FEES AND EXPENSES
                                                ) PURSUANT TO 28 U.S.C. § 2412(d)
13  ANDREW SAUL,                                ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,            ) U.S.C. § 1920
14                                              )
            Defendant                           )
15                                              )
                                                )
16

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $5,500.00 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE:   December 7, 2020

23                                      _____
                                        HONORABLE ROZELLA A. OLIVER
24                                      UNITED STATES MAGISTRATE JUDGE

25

26

-1-